**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PETER LUCERO,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>STUART J. RYAN, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 04-00503 ODW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JERRY PETER LUCERO for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 13, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE